**FILED**
October 29, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:07-cr-421 LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Robert Ho, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Robert Ho_ Case _2:07-cr-421 LKK_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    __  Unsecured bond in the amount of

    __  Appearance Bond with 10% Deposit

    _X_  Appearance Bond in the amount of $200,000 secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) _PTS conditions/supervision; PTS to monitor defendant's outstanding student loans_

Issued at _Sacramento, CA_ on _10/29/07_ at _2:40 p.m._

By _____
Kimberly J. Mueller
United States Magistrate Judge