John Y. Lee, SBN 152477
Law Offices of John Y. Lee
800 Wilshire Boulevard, Suite 530
Los Angeles, California 90017
Tel:(213) 489-7361
Fax:(213) 489-9705
criminal.attorney@att.net

Attorney for Defendant
ROBERT HO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  2:07-cr-421LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION TO MODIFY |
| vs. | ) | CONDITIONS OF RELEASE |
| | ) | |
| ROBERT HO, | ) | |
| Defendant. | ) | |
| | ) | |

Due to Defendant Robert Ho's recent arrest for driving under the influence, all parties agree to stipulate to the following modification of Defendant Ho's conditions of release in lieu of revocation of his release:

Defendant Ho shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and defendant Ho shall notify Pretrial Services immediately of any prescribed medication(s).  However, medical marijuana, prescribed or not, may not be used by defendant Ho.

Defendant Ho shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

DATED: September 11, 2008          /s/  John Y. Lee_____
                                   Attorney for Robert Ho

DATED: September 11, 2008          /s/ John Y. Lee  for_____
                                   Mary Grad
                                   Assistant United States Attorney

ORDER

It is so ordered.

Defendant Ho shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and defendant Ho shall notify Pretrial Services immediately of any prescribed medication(s).  However, medical marijuana, prescribed or not, may not be used by defendant Ho.

Defendant Ho shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

Dated: 09/15/08                          /s/ Gregory G. Hollows
                                         Gregory G. Hollows
                                         United States Magistrate Judge

ho.ord