John Y. Lee, #152477
Law Offices of John Y. Lee
800 Wilshire Boulevard, Ste. 530
Los Angeles, California 90017
O: (213) 489-7361
F: (213) 489-9705
criminal.attorney@att.net

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:07-cr-00421-LKK |
| Plaintiff, ) | REQUEST AND ORDER TO EXONERATE BOND |
| vs. ) | |
| ROBERT HO, ) | |
| Defendant. ) | |

Defendant Robert Ho, respectfully requests an order from this Court exonerating the Appearance Bond securing the appearance of Mr. Ho in this case.

Mr. Ho makes this request based on Mr. Ho's November 3, 2009 commitment to 70 months in the Bureau of Prisons.

WHEREFORE, on behalf of Robert Ho and the sureties who signed the appearance bong for Mr. Ho, I am respectfully requesting this Court order the exoneration of Appearance Bond and also order the Clerk of Court to reconvey the sureties' property as shown in the attached Deed of Trust filed in California for $200,000.00 (two hundred thousand dollars and no/100).

Dated: February 9, 2010

Respectfully submitted,


/SS/ John Y. Lee
By    John Y. Lee
      Attorney for Robert Ho

## ORDER

IT IS SO ORDERED the property surety bond securing that attendance of defendant Robert Ho is exonerated.

IT IS FURTHER ORDERED that the Clerk of Court shall reconvey the property of the Sureties located as follows:

Name of Surety: Calvin Lau

Address: 2808 Lexington Avenue, El Monte, California 91733

Dated: 02/12/2010         /s/ Gregory G. Hollows
                          United States Magistrate Judge

ho0421.exo